| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Webb, William A. | 2. Court or Organization<br><br>NCE | 3. Date of Report<br><br>06/30/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge- Retired | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>05/02/2014 |

| 7. Chambers or Office Address<br><br>PO Box 22850<br>Raleigh, NC 27611 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Prudential Retirement | $245,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Duke University-teaching |
| 2. 2013 | NC State Employees Retirement System- |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Susman Godfrey, LLP | legal services | $26,658.91 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. North State Bancorp, Common | | None | K | T | | | | | |
| 2. Ameriprise MM | A | Int./Div. | J | T | | | | | |
| 3. Riversource Life Insurance Co-Immediate Annuity | | None | L | W | | | | | |
| 4. Ameriprise Brokerage Acct #1 (H) | | | | | | | | | |
| 5. -Ameriprise MM | A | Interest | J | T | | | | | |
| 6. -AGG | A | Dividend | K | T | Buy | 02/27/14 | L | | |
| 7. -AGG | | | | | Sold (part) | 03/07/14 | K | | |
| 8. -AGG | | | | | Sold (part) | 04/02/14 | J | | |
| 9. -ASRAX | B | Dividend | | | Sold | 12/31/13 | K | | |
| 10. -BNDX | A | Dividend | K | T | Buy | 02/27/14 | K | | |
| 11. -BNDX | | | | | Sold (part) | 04/02/14 | J | | |
| 12. -CSJ | A | Dividend | K | T | Buy | 02/27/14 | K | | |
| 13. -CSJ | | | | | Sold (part) | 04/02/14 | J | | |
| 14. -DLHAX | A | Dividend | | | Sold | 02/27/14 | K | D | |
| 15. -DPDFX | B | Dividend | | | Sold (part) | 10/22/13 | J | | |
| 16. -DPDFX | | | | | Sold | 12/31/13 | K | | |
| 17. -EEMV | | Dividend | K | T | Buy | 01/06/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -EPP | | | K | T | Buy | 04/04/14 | K | | |
| 19. -ETAGX | A | Dividend | K | T | Sold (part) | 10/22/13 | J | B | |
| 20. -FDAGX | B | Dividend | | | Sold | 12/31/13 | K | C | |
| 21. -FKUTX | B | Dividend | | | Sold | 12/31/13 | K | B | |
| 22. -GHAAX | A | Dividend | | | Sold | 02/27/14 | K | C | |
| 23. -HLMGX | A | Dividend | | | Sold | 02/27/14 | L | E | |
| 24. -IEF | | | K | T | Buy | 04/02/14 | K | | |
| 25. -IJJ | | | K | T | Buy | 04/04/14 | K | | |
| 26. -IWN | A | Dividend | | | Buy | 03/03/14 | K | | |
| 27. -IWN | | | | | Sold | 04/02/14 | K | A | |
| 28. -IYR | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 29. -JNK | | | K | T | Buy | 04/04/14 | K | | |
| 30. -PDVAX | B | Dividend | | | Sold (part) | 10/22/13 | J | | |
| 31. -PDVAX | | | | | Sold | 12/31/13 | K | | |
| 32. -PBSMX | C | Dividend | | | Sold (part) | 04/03/13 | K | | |
| 33. -PBSMX | | | | | Sold (part) | 05/03/13 | K | | |
| 34. -PBSMX | | | | | Sold (part) | 06/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -PBSMX | | | | | Sold (part) | 07/02/13 | K | | |
| 36. -PBSMX | | | | | Sold | 12/31/13 | M | | |
| 37. -PIZ | A | Dividend | K | T | Buy | 03/03/14 | K | | |
| 38. -QQQ | A | Dividend | | | Buy | 03/03/14 | K | | |
| 39. -QQQ | | | | | Sold | 04/02/14 | K | | |
| 40. -PTLAX | A | Dividend | | | Buy | 01/06/14 | L | | |
| 41. -PTLAX | | | | | Sold | 02/27/14 | L | A | |
| 42. -SGENX | A | Dividend | | | Buy | 10/24/13 | J | | |
| 43. -SGENX | | | | | Buy (add'l) | 12/19/13 | J | | |
| 44. -SGENX | | | | | Sold | 02/27/14 | J | | |
| 45. -SPLV | A | Dividend | L | T | Buy | 01/06/14 | L | | |
| 46. -SPLV | | | | | Sold (part) | 02/27/14 | K | A | |
| 47. -TPINX | A | Dividend | | | Buy | 01/06/14 | L | | |
| 48. -TPINX | | | | | Sold | 02/27/14 | L | | |
| 49. -VGK | A | Dividend | | | Buy | 03/03/14 | K | | |
| 50. -VGK | | | | | Sold | 04/02/14 | K | A | |
| 51. -VNQ | | | K | T | Buy | 04/02/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VTI | A | Dividend | K | T | Buy | 02/27/14 | K | | |
| 53. -XLK | A | Dividend | | | Buy | 02/27/14 | K | | |
| 54. -XLK | | | | | Sold | 04/02/14 | K | A | |
| 55. -XLI | A | Dividend | | | Buy | 02/27/14 | K | | |
| 56. -XLI | | | | | Sold | 04/02/14 | K | A | |
| 57. -XLU | | | K | T | Buy | 04/02/14 | K | | |
| 58. IRA-#1 | D | Int./Div. | N | T | | | | | |
| 59. -Ameriprise Money Market | | | | | | | | | |
| 60. - JHIAX | | | | | Sold | 07/26/13 | K | | |
| 61. -Oppenheimer Strategic Income Fund | | | | | Sold | 07/26/13 | K | | |
| 62. -ODMAX | | | | | Sold | 03/03/14 | K | | |
| 63. -Van Eck Global Hard Assets Fund | | | | | Sold | 07/26/13 | K | A | |
| 64. - Vanguard FTSE All World Ex US | | | | | Sold | 07/29/13 | J | | |
| 65. -J P Morgan Chase NA Bskt Stks Lkd CD | | | | | Sold | 06/03/13 | K | | |
| 66. -AGG | | | | | Buy | 02/24/14 | L | | |
| 67. -BKLN | | | | | Buy | 07/29/13 | J | | |
| 68. -BKLN | | | | | Sold | 02/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | -CSJ | | | | | Buy | 04/14/14 | K | | |
| 70. | -CWB | | | | | Buy | 07/29/13 | J | | |
| 71. | -CWB' | | | | | Sold | 02/04/14 | J | A | |
| 72. | -EEMV | | | | | Buy | 03/05/14 | K | | |
| 73. | -ETAGX | | | | | Sold (part) | 10/22/13 | J | C | |
| 74. | -GATEX | | | | | | | | | |
| 75. | -GATEX | | | | | Sold | 04/08/14 | K | A | |
| 76. | -IEF | | | | | Buy | 04/02/14 | L | | |
| 77. | -IYR | | | | | Buy | 04/14/14 | J | | |
| 78. | -JNK | | | | | Buy | 07/29/13 | J | | |
| 79. | -JNK | | | | | Sold | 04/02/14 | J | A | |
| 80. | -JVIAX | | | | | Sold | 04/08/14 | L | C | |
| 81. | - MEIAX | | | | | Buy (add'l) | 03/28/13 | J | | |
| 82. | - MEIAX | | | | | Buy (add'l) | 06/27/13 | J | | |
| 83. | - MEIAX | | | | | Buy (add'l) | 09/26/13 | J | | |
| 84. | -MEIAX | | | | | Buy (add'l) | 12/11/13 | J | | |
| 85. | -MEIAX | | | | | Sold | 04/08/14 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -PHRAX | | | | | Buy (add'l) | 03/21/13 | J | | |
| 87.   -PHRAX | | | | | Buy (add'l) | 06/21/13 | J | | |
| 88.   -PHRAX | | | | | Buy (add'l) | 09/23/13 | J | | |
| 89.   -PHRAX | | | | | Buy (add'l) | 12/23/13 | J | | |
| 90.   -PHRAX | | | | | Sold | 04/08/14 | K | B | |
| 91.   -PIZ | | | | | Buy | 03/05/14 | K | | |
| 92.   -PTTDX | | | | | Sold | 04/08/14 | K | A | |
| 93.   -SGENX | | | | | Buy | 11/08/13 | J | | |
| 94.   -SGENX | | | | | Buy (add'l) | 12/19/13 | J | | |
| 95.   -SGENX | | | | | Sold | 04/10/14 | J | | |
| 96.   - SGRAX | | | | | Sold | 01/22/14 | L | E | |
| 97.   -SPLV | | | | | Buy | 04/10/14 | L | | |
| 98.   -VTI | | | | | Buy | 04/10/14 | K | | |
| 99.   -XRT | | | | | Buy | 07/29/13 | K | | |
| 100.  -XRT | | | | | Sold | 01/14/14 | K | A | |
| 101.  -XLI | | | | | Buy | 01/14/14 | K | | |
| 102.  -XLI | | | | | Sold | 04/02/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -XLU | | | | | Buy | 04/02/14 | L | | |
| 104.  -XLY | | | | | Buy | 07/29/13 | K | | |
| 105.  -XLY | | | | | Sold | 04/02/14 | K | C | |
| 106.  AFLAC Common | A | Int./Div. | J | T | | | | | |
| 107.  Duke Energy Common | A | Dividend | J | T | | | | | |
| 108.  Dupree NC Tax Free Short to Medium Series | A | Interest | K | T | | | | | |
| 109.  North State Bank accounts | A | Interest | J | T | | | | | |
| 110.  Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 111.  IRA-#2 | A | Int./Div. | J | T | | | | | |
| 112.  -NC Stable Value 401K | | | | | | | | | |
| 113.  Sirius SX Radio Inc | | None | | | Sold | 06/24/13 | J | B | |
| 114.  Trust #1 (H) | A | Interest | | | | | | | |
| 115.  - General MM | | | | | Closed | 01/31/13 | J | | |
| 116.  Trust #2 (H) | A | Interest | | | | | | | |
| 117.  -ML Bank Deposit Program | | | | | Closed | 03/14/13 | O | | |
| 118.  Neuberger Berman- Guardian Fund Investor Class (x) | A | Int./Div. | J | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Webb, William A. | 06/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments & Trusts

Line 114-117 represent Trusts that were closed during 2013 and the cash was distributed to the beneficiaries.

Part V Gifts [        ] was one of 7 named plaintiffs in Barker et al v. United States, Case No. 1:12-cv-00826 (Fed. Cl.) brought to challenge the denial of Article III judges' cost -of-living adjustments (COLAs) over multiple years. Attorneys fees and costs were expended between November 2012 through December 31, 2013 in the total amount of $186,612.35 on a pro bono basis by the law firm of Susman Godfrey, LLP, [                        ] Seattle, WA 98101 who served as plaintiffs' counsel without compensation or reimbursement from me or the other plaintiffs.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William A. Webb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544